## DOW COAL CO. v. ANDERSON.

No. 4600. Opinion Filed July 6, 1915.

(150 Pac. 881.)

**APPEAL AND ERROR—Failure to File Brief—Reversal.** Where. plaintiff in error has completed his record and filed it in this court, and has served and filed a brief in- compliance with the rules of this court, and the defendant in error has never filed a brief, nor offered any excuse for such failure, this court is not required to search the record to find some theory upon which the judgment below may be sustained; but, where the brief filed tends reasonably to sustain the assignments of error, the court may reverse the cause in accordance with the prayer of the petition in error.

(Syllabus by Galbraith, C.)

*Error from Superior Court, Pittsburg County;*
*W. S. Liedtke, Judge.*

Action by Alex Anderson against the Dow Coal Company. Judgment for plaintiff, and defendant brings error. Reversed.

*Wright & Boyd,* for plaintiff in error.

Opinion by GALBRAITH, C. This was an action for damages charged to have accrued on account of the breach of an oral contract for drilling "prospect holes." There was a trial to the court and jury, and a verdict for the plaintiff, and judgment upon the verdict. To review which the defendant has lodged the cause here.

The record was filed in this court November 20, 1912, and the cause was regularly submitted June 7, 1915. The plaintiff in error has served and filed briefs, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix). The defendant in error has failed to file briefs, and has offered no excuse for such default. An examination of the

record and the brief of plaintiff in error discloses the fact that the assignments of error are reasonably supported by the authorities.

We therefore recommend that the judgment appealed from be reversed, and the cause remanded for a new trial.

By the Court: It is so ordered.